UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ABDEL RAHEIM,

                Plaintiff,

-against-

NEW YORK CITY BOARD OF EDUCATION,
MS. ELLIE GREENBERG, P.S. 4 SCHOOL
PRINCIPAL,

                Defendants.
-------------------------------------------------------------X

JUDGMENT
95-CV- 4599 (JFB)
97-CV- 3687 (JFB)

FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y.
★ AUG 2 2 2006 ★
P.M.
TIME A.M.

A Memorandum and Order of Honorable Joseph F. Bianco, United States District Judge, having been filed on August 17, 2006, granting defendants' motion for summary judgment in its entirety; and dismissing both complaints; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that defendants' motion for summary judgment is granted in its entirety; and that both complaints are dismissed.

Dated: Brooklyn, New York
        August 18, 2006

/s/
ROBERT C. HEINEMANN
Clerk of Court